FILED

JUL 28 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>FOOT LOCKER RETAIL INC, a subsidiary of Foot Locker, Inc.,<br><br>Defendant - Appellee. | No. 09-35620<br><br>DC # 3:07-cv-05472-BHS<br>Western Washington (Tacoma)<br><br>ORDER |

Pursuant to the court's July 20, 2010, order, this appeal is deemed dismissed voluntarily. Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

By: Chris Goelz
Circuit Mediator

7/28/10/cg/mediation